# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: MICHAEL MC DANIEL       §       Case No. 10-72176
        BILLIE MC DANIEL       §
                            §
             Debtors       §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 04/29/2010.

2) The plan was confirmed on 10/29/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/25/2011, 03/16/2012, 04/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/29/2013.

6) Number of months from filing or conversion to last payment: 31.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $151,603.43.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 82,738.24 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 82,738.24 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 4,690.10 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,690.10 |

Attorney fees paid and disclosed by debtor:          $ 1,553.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EHRMANN GEHLBACH BADGER & | Lgl | 2,200.00 | 2,553.00 | 2,553.00 | 1,000.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 0.00 | 88,516.17 | 88,516.17 | 19,107.28 | 0.00 |
| FIFTH THIRD BANK | Uns | 0.00 | 8,431.51 | 8,431.51 | 1,820.05 | 0.00 |
| FLAGSTAR BANK | Sec | 0.00 | 79,951.07 | 0.00 | 0.00 | 0.00 |
| MILLEDGEVILLE CREDIT UNION | Sec | 3,664.00 | 2,939.95 | 2,939.95 | 2,939.95 | 0.00 |
| US BANK NA | Sec | 7,400.00 | 7,400.00 | 7,400.00 | 7,400.00 | 0.00 |
| US BANK NA | Uns | 5,640.90 | 2,934.11 | 2,934.11 | 633.36 | 0.00 |
| CARROLL COUNTY TREASURER | Uns | 0.00 | 4,049.74 | 0.00 | 0.00 | 0.00 |
| 5/3 BANK CC | Uns | 14,037.00 | NA | NA | 0.00 | 0.00 |
| FIRST MARBLEHEAD CORP | Uns | 1,983.50 | 2,100.94 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Uns | 1,076.00 | 1,076.79 | 1,076.79 | 232.44 | 0.00 |
| ASSET ACCEPTANCE | Uns | 6,662.00 | NA | NA | 0.00 | 0.00 |
| ATLANTIC CRD | Uns | 9,176.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES NA | Uns | 57,398.00 | 57,398.92 | 57,398.92 | 12,390.24 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 3,852.00 | 3,947.68 | 3,947.68 | 852.15 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 3,309.00 | 3,467.61 | 3,467.61 | 748.53 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 9,223.00 | 9,176.20 | 9,176.20 | 1,980.80 | 0.00 |
| EAST BAY FUNDING | Uns | 21,016.00 | 25,282.98 | 25,282.98 | 5,457.63 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE BANK USA NA | Uns | 8,563.00 | 8,563.00 | 8,563.00 | 1,848.43 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,028.00 | 1,028.66 | 1,028.66 | 222.05 | 0.00 |
| CITIBANK USA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 9,860.00 | NA | NA | 0.00 | 0.00 |
| COMMERICAL READER SERVICE | Uns | 262.08 | 262.08 | 262.08 | 56.58 | 0.00 |
| DISCOVER BANK | Uns | 4,930.00 | 4,930.97 | 4,930.97 | 1,064.41 | 0.00 |
| ELAN FINANCIAL SERVICE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ELLEN HOWARD | Uns | 27,400.00 | 23,000.00 | 0.00 | 0.00 | 0.00 |
| ELLEN HOWARD | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 15,929.00 | 12,292.79 | 12,292.79 | 2,653.54 | 0.00 |
| FIFTH THIRD BANK | Uns | 14,037.00 | 14,037.90 | 14,037.90 | 3,030.25 | 0.00 |
| FIFTH THIRD BANK | Uns | 11,245.56 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 631.00 | 631.43 | 631.43 | 136.30 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 476.00 | 476.64 | 476.64 | 102.89 | 0.00 |
| FIRST PREMIER BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 714.00 | 714.37 | 714.37 | 154.21 | 0.00 |
| GEMB / MOHAWK | Uns | 5,474.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 5,553.41 | 5,553.41 | 1,198.77 | 0.00 |
| NATIONAL CAPITAL | Uns | 3,918.00 | 3,918.29 | 3,918.29 | 845.81 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 978.00 | 978.68 | 978.68 | 211.26 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 288.00 | 288.59 | 288.59 | 62.30 | 0.00 |
| CHASE BANK USA NA | Uns | 776.00 | 776.45 | 776.45 | 167.60 | 0.00 |
| LVNV FUNDING LLC | Uns | 3,940.00 | 3,947.92 | 3,947.92 | 852.20 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,227.00 | 1,240.00 | 1,240.00 | 267.67 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 389.00 | 392.64 | 392.64 | 84.76 | 0.00 |
| MTDCARD / GEMB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL EDUCATION SER | Uns | 34,549.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL EDUCATION SER | Uns | 1,991.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 36,190.13 | 36,190.13 | 7,812.07 | 0.00 |
| NICOR GAS | Uns | 119.00 | 188.43 | 188.43 | 40.67 | 0.00 |
| PORTFOLIO RC | Uns | 5,652.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Uns | 11,472.00 | NA | NA | 0.00 | 0.00 |
| US BANK / NA ND | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 3,823.00 | 3,823.82 | 3,823.82 | 825.41 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS | Uns | 880.00 | 880.07 | 880.07 | 189.98 | 0.00 |
| MILLEDGEVILLE FLORAL INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TAYLOR MC DANIEL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS, LLC | Uns | 7,683.35 | 7,683.35 | 7,683.35 | 1,658.55 | 0.00 |
| BONNETTS WHOLESALE FLOWERS | Uns | 4,016.22 | NA | NA | 0.00 | 0.00 |
| CARROLL COUNTY REVIEW | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| DIDIER GREENHOUSES | Uns | 982.44 | NA | NA | 0.00 | 0.00 |
| FORD & SONS | Uns | 293.32 | NA | NA | 0.00 | 0.00 |
| GANZ | Uns | 905.78 | NA | NA | 0.00 | 0.00 |
| LUTHERAN DIGEST | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| NEW MILLENIUM DIRECTORIES | Uns | 488.38 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,339.95 | $ 10,339.95 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 10,339.95 | $ 10,339.95 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 309,031.59 | $ 66,708.19 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 5,690.10 |
| Disbursements to Creditors | $ 77,048.14 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 82,738.24 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  02/14/2013                      By:  /s/ Lydia S. Meyer
                                            Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**